# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL BLATT,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MANPOWERGROUP US, INC., et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 18cv765-LAB (MDD)<br><br>**ORDER TO SHOW CAUSE [Dkt. 5]** |

The parties ask for a stay while they arbitrate. The Court "shall on application of one of the parties stay the trial of the action until such arbitration has been had." 9 U.S.C. § 3. But the "Ninth Circuit has held that § 3 does not impose a mandatory duty to stay on district courts. Thus, even where a party seeks a stay under § 3, the court has discretion to dismiss under Rule 12(b)(6) if it finds that all of the claims before it are arbitrable." *KKE Architects, Inc. v. Diamond Ridge,* 2008 WL 637603, at *5 (C.D. Cal. Mar. 3, 2008) (citing cases).

The Court agrees with the parties: all of the claims here are arbitrable. But rather than sit on the docket, the case should be dismissed, and the parties can file a petition to confirm an arbitration award later. The Court orders the parties to file either a joint motion to dismiss, or a three-page joint memorandum explaining why the Court shouldn't dismiss the case, by June 8, 2018. Alternatively, the parties could also file a consent to magistrate judge jurisdiction. TerraForm's motion to substitute counsel is granted. [Dkt. 6.]

**IT IS SO ORDERED**.

Dated: May 25, 2018

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge